```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          SOUTHERN DIVISION
                             AT LONDON


CIVIL ACTION NO. 2014-216 (WOB-CJS)

MILBURN WAYNE GLOVER                                    PLAINTIFF

VS.                              ORDER

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                         DEFENDANT
```

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 6), and there being no objections filed thereto, and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. 6) be, and it is, hereby adopted as the findings of fact and conclusions of law of the court; that plaintiff's application to proceed in forma pauperis (Doc. 1) be, and is hereby, **denied**; the Court notes that plaintiff has already paid the filing fee (Doc.7).

This 30th day of January, 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge